# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Darrin Loving, Jr.<br><br>*Defendant(s)* | Case No. 4:24-MJ-382<br><br>**SEALED** |

**FILED** MAY 30 2024
Clerk, U.S. District Court
Eastern District of Texas

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 2023** in the county of **Denton** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Manufacture and Distribute and to Possess with Intent to Manufacture and Distribute Fentanyl |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See the attached affidavit of SA Saba Mortezavi, DEA

☑ Continued on the attached sheet.

*Complainant's signature*

SA Saba Mortezavi, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/30/2024

*Judge's signature*

City and state: Plano, Texas

Hon. Kimberly C. Priest Johnson, Magistrate Judge
*Printed name and title*